UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re PAYMENT CARD INTERCHANGE :
FEE AND MERCHANT DISCOUNT :
ANTITRUST LITIGATION :
 :
 : 14-md-01720 (JG) (JO)
This Document Relates To: :
 :
*7-Eleven, Inc., et al. v. Visa Inc., et al.*, :
No. 13-cv-5746 (E.D.N.Y.) (JG) (JO) :
 :
 :
 :
*Buc-ee's Ltd. v. Visa International Service* :
*Association, et al.*, :
No. 13-cv-3473 (E.D.N.Y.) (JG) (JO) :
---------------------------------------------------------------x

**STIPULATION AND PROPOSED ORDER**

WHEREAS, on or about May 28, 2013, plaintiff Buc-ee's Ltd. ("Buc-ee's") in *Buc-ee's Ltd. v. Visa International Service Association, et al.*, No. 13-cv-3589 (S.D.N.Y.) (the "Buc-cee's Action) filed a Complaint (the "Buc-cee's Complaint") against Defendants Chase Bank USA, N.A., JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., MasterCard Incorporated, MasterCard International Incorporated, Paymentech, LLC, Visa Inc., Visa International Service Association, and Visa U.S.A. Inc. (collectively, the "Buc-ee's Defendants");

WHEREAS, the Judicial Panel on Multidistrict Litigation (the "JPML") subsequently transferred the Buc-ee's Action to this Court for coordinated or consolidated pretrial proceedings in MDL 1720;

WHEREAS, on or about July 9, 2013, plaintiffs in *7-Eleven, Inc. v. Visa Inc.*, No. 13-cv-4442 (S.D.N.Y.) (AKH) (the "7-Eleven Plaintiffs," the "7-Eleven Action"), filed a Complaint (the "7-Eleven Complaint") against Defendants Visa Inc., Visa U.S.A. Inc., Visa International

1

Service Association, MasterCard Incorporated, MasterCard International Incorporated, Bank of America Corporation, Bank of America, N.A., FIA Card Services, N.A., JPMorgan Chase & Co., Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JPMorgan Chase Bank, N.A., Citigroup Inc., Citibank, N.A., Citicorp Payments Services, Inc., Wells Fargo & Company, and Wells Fargo Bank, N.A. (collectively, the "7-Eleven Defendants");

WHEREAS, on August 30, 2013, the 7-Eleven Plaintiffs filed an amended complaint (the "7-Eleven Amended Complaint");

WHEREAS, the JPML subsequently transferred the 7-Eleven Action to this Court for coordinated or consolidated pretrial proceedings in MDL 1720;

WHEREAS, the 7-Eleven Defendants and the Buc-ee's Defendants filed a motion to dismiss directed at all the opt-out complaints in MDL 1720, including the 7-Eleven Amended Complaint and the Buc-ee's Complaint, on March 13, 2014;

WHEREAS, the 7-Eleven Plaintiffs request the 7-Eleven Defendants' consent to amend the 7-Eleven Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), solely for the purpose of adding new opt-out plaintiffs by no later than April 28, 2014, in a manner that shall not affect the paragraph numbering of the 7-Eleven Amended Complaint referenced in the 7-Eleven Defendants' motion to dismiss, and the 7-Eleven Defendants consent to that request;

WHEREAS, the 7-Eleven Plaintiffs and Buc-ee's intend to add Buc-ee's as an opt-out plaintiff in amending the 7-Eleven Amended Complaint by April 28, 2014, and to dismiss the Buc-ee's Action, and Buc-ee's and the Buc-ee's Defendants consent to the dismissal of the Buc-ee's Action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties:

1. Defendants give their consent for the 7-Eleven Plaintiffs to amend the 7-Eleven Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), provided that such an amended complaint (the "7-Eleven Second Amended Complaint") (a) only adds additional opt-outs as plaintiffs, (b) is filed on or before April 28, 2014, and (c) does not affect the paragraph numbering of the 7-Eleven Amended Complaint referenced in the 7-Eleven Defendants' pending motion to dismiss.

2. The 7-Eleven Defendants agree to accept service of the 7-Eleven Second Amended Complaint by email.

3. Buc-ee's will file within two business days after execution of this stipulation an executed notice of voluntary dismissal of the Buc-ee's Action in the form attached as Exhibit A.

4. The 7-Eleven Defendants' motion to dismiss will apply equally to Buc-ee's and any other plaintiffs added in the 7-Eleven Action Second Amended Complaint, and they will join in the 7-Eleven Plaintiffs' opposition to that motion due on April 28, 2014.  The 7-Eleven Defendants will not be required to file an amended motion in response to the 7-Eleven Action Second Amended Complaint.

5. Nothing in this Stipulation and Proposed Order shall prejudice Plaintiffs' ability to seek leave of the Court in the future to amend the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

6. This Stipulation may be executed in counterparts and facsimile signatures shall be deemed valid and original signatures.

DATED: New York, New York
March 26, 2014

<div style="display: flex;">

<div>

CONSTANTINE CANNON LLP

By: *[signature]*
   Jeffrey I. Shinder
   Gary J. Malone
   A. Owen Glist
   David A. Scupp
335 Madison Avenue
New York, New York 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701
Email: jshinder@constantinecannon.com

*Attorneys for 7-Eleven Plaintiffs and Buc-ee's*

</div>

<div>

HOLWELL SHUSTER & GOLDBERG LLP

By: *[signature]*
   Richard J. Holwell
   Michael S. Shuster
   Demian A. Ordway
125 Broad Street, 39th Floor
New York, New York 10004
Telephone: (646) 837-5151
Email: mshuster@hsgllp.com

ARNOLD & PORTER LLP

Robert J. Vizas
Three Embarcadero Center, Tenth Floor
San Francisco, CA 94111-4024
(415) 471-3311
robert.vizas@aporter.com

Mark R. Merley
Matthew A. Eisenstein
555 12th Street, NW
Washington, DC 20004-1206
(202) 942-5321
(202) 942-6606
mark.merley@aporter.com
matthew.eisenstein@aporter.com

Robert C. Mason
399 Park Avenue
New York, NY 10022-4690
(212) 715-1000
robert.mason@aporter.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

</div>

</div>

WILKIE FARR & GALLAHER LLP

By: /s/ Matthew Freimuth /gpl/
Keila D. Ravelo
Wesley R. Powell
Matthew Freimuth
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Email: kravelo@wilkie.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Kenneth A. Gallo
2001 K Street, N.W.
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

Andrew C. Finch
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3051
Facsimile: (212) 492-00051

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

MORRISON & FOERSTER LLP

By: /s/ Mark P. Ladner /BFH/
Mark P. Ladner
Michael B. Miller
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8000
mladner@mofo.com

*Attorneys for Defendants Bank of America, N.A., FIA Card Services, N.A., and Bank of America Corporation*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: *Peter E. Greene /BFH*
    Peter E. Greene
    Peter S. Julian
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Email: peter.greene@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., Chase Paymentech Solutions LLC*

SIDLEY AUSTIN LLP

By: *David F Graham /BFH*
    David F. Graham

One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Email: dgraham@sidley.com

Benjamin R. Nagin
Eamon Joyce
787 Seventh Avenue
New York, NY 10019

*Attorneys for Defendants Citibank, N.A., Citigroup Inc., and Citicorp Payments Services, Inc.*

PATTERSON BELKNAP WEBB &
TYLER LLP

By: *Robert P. LoBue /BFH*
    Robert P. LoBue
    William F. Cavanaugh
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Email: rlobue@pbwt.com

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*

So ordered:

_____
Hon. John Gleeson
Dated:

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re PAYMENT CARD INTERCHANGE : 
FEE AND MERCHANT DISCOUNT :
ANTITRUST LITIGATION :
 : 14-md-01720 (JG) (JO)
This Document Relates To: :
 :
Buc-ee's Ltd. v. Visa International Service :
Association, et al., :
No. 13-cv-3473 (E.D.N.Y.) (JG) (JO) :
-----------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Plaintiff Buc-ee's Ltd. and its counsel hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendants.

DATED:  New York, New York
        March __, 2014

                                    By: _____

                                    Arun Subramanian
                                    SUSMAN GODFREY LLP
                                    560 Lexington Ave., 15th Floor
                                    New York, New York 10022
                                    Telephone: (212) 350-2700
                                    Email: asubramanian@susmangodfrey.com

                                    William R.H. Merrill
                                    SUSMAN GODFREY LLP
                                    1000 Louisiana St.
                                    Suite 5100
                                    Houston, Texas 77002
                                    Telephone: (713) 651-9366
                                    Email: bmerrill@susmangodfrey.com

Jeffery Frank Nadalo
General Counsel for Buc-ee's, Ltd.
327 FM 2004
Lake Jackson, Texas 77566
Telephone: (979) 230-2950
Email: jeff@buc-ees.com

*Attorneys for Buc-ee's Ltd.*